A CERTIFIED TRUE COPY

ATTEST

By Tarrell L. Littleton on Jun 25, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 10, 2010**

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FILED**
**CLERK'S OFFICE**

**IN RE: MUNICIPAL DERIVATIVES**
**ANTITRUST LITIGATION**

MDL No. 1950

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On June 16, 2008, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 560 F.Supp.2d 1386 (J.P.M.L. 2008). Since that time, 18 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Victor Marrero.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Marrero.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 16, 2008, and, with the consent of that court, assigned to the Honorable Victor Marrero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 25, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY
Deputy Clerk

**IN RE: MUNICIPAL DERIVATIVES**
**ANTITRUST LITIGATION**                            MDL No. 1950

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3   10-2115      Redevelopment Agency of the City & County of San Francisco v.
                                    Bank of America, N.A., et al.
  CAN  3   10-2116      City of Redwood City v. Bank of America, N.A., et al.
  CAN  3   10-2117      City of Richmond v. Bank of America, N.A., et al.
  CAN  3   10-2119      East Bay Municipal Utility District v. Bank of America, N.A., et al.
  CAN  3   10-2199      City of San Jose, et al. v. Bank of America, N.A., et al.